## VARVARO v BONACCI, Etc.

Ohio Appeals, 9th Dist, Summit Co

No 3162.   Decided Nov 22, 1939

Benner, McGowan & Lombardi, Akron, for appellant.

Waters, Andress, Wise, Roetzel & Maxon, Akron, for appellee.

## OPINION

PER CURIAM:

Finding that it does not clearly appear that the trial court abused its discretion in granting defendant's motion for a new trial, there is no judgment or final order reviewable by the court of Appeals (Funk v Jones, No. 3172, Summit County, decided by this court on June 12, 1939), 32 Abs 246, and therefore the motion of the defendant for an order dismissing the appeal herein is granted.

WASHBURN, PJ., DOYLE, J., and STEVENS, J., concur.